NO. 07-02-0399-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 10, 2003

______________________________

ALLSTATE INSURANCE COMPANY, APPELLANT

V.

ALVIN F. HICKS, APPELLEE

_________________________________

FROM THE 251
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 51,836-C; HONORABLE PATRICK PIRTLE, JUDGE

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

CONCURRING OPINION

I agree with the dissenting opinion’s discussion of principles on which a motion for summary judgment must be founded.  I concur in rendering judgment for Allstate, however, because I conclude that Allstate’s motion presented the issue on which we grant judgment in favor of Allstate; albeit without a great amount of emphasis.  And, the issue has been addressed by Hicks without complaint that it was not encompassed within Allstate’s motion. 

Phil Johnson

Chief Justice